**UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 23-80217-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**GASPAR PEDRO-ALONZO,**

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Ryon M. McCabe Following Change of Plea Hearing [ECF No. 21]. On February 28, 2024, Magistrate Judge McCabe held a Change of Plea hearing [ECF No. 20] during which Defendant pled guilty to the sole Count of the Indictment [ECF No. 3]. The Government orally proffered a factual basis for the plea on record, and Defendant acknowledged that the facts proffered were true and correct. Magistrate Judge McCabe thereafter issued a Report recommending that the Court accept Defendant's guilty plea to the sole Count of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 3]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

    1. The Report and Recommendation [ECF No. 21] is **AFFIRMED AND ADOPTED**.

    2. The guilty plea entered into by Defendant **Gaspar Pedro-Alonzo** as to the sole Count

CASE NO. 23-80217-CR-CANNON

    of the Indictment is **ACCEPTED**.

3. Defendant **Gaspar Pedro-Alonzo** is adjudicated guilty of the sole Count of the Indictment, illegal reentry after removal or deportation, in violation of 8 U.S.C. § 1326(a) [ECF No. 3].

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 14th day of March 2024.

                                        **AILEEN M. CANNON**
                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record